RECEIVED
IN LAKE CHARLES, LA

DEC 0 7 2006
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DONALD BROWN | CIVIL ACTION NO. 06-2110 |
| VERSUS | JUDGE TRIMBLE |
| ALLSTATE INSURANCE COMPANY | MAGISTRATE WILSON |

## ORDER TO REMAND TO STATE COURT

The Court has been presented with a Joint Motion To Remand submitted by Plaintiff, Donald Brown, and defendant, Allstate Insurance Company, through their respective undersigned counsel, pursuant to 28 USC §1447(c) and Local Rule 7.3, to remand this cause to the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana from which it was removed on November 8, 2006, on the grounds that the Court lacks subject matter jurisdiction in that the amount in dispute does not exceed $75,000.00, exclusive of interest and costs, and plaintiff agrees that he will not accept an award in excess of that amount. Given due consideration to the joint motion.

**IT IS ORDERED AND ADJUDGED** that the Joint Motion to Remand to State Court be and the same is hereby **GRANTED**. This cause is remanded to the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, for further proceedings herein.

**DONE AND ORDERED** at Lake Charles, Louisiana this 7th day of December, 2006.

JUDGE TRIMBLE
UNITED STATES DISTRICT JUDGE

copies to:
Donald R. Smith
Claude P. Devall